ACCEPTED
01-15-01089-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/29/2015 10:23:21 AM
CHRISTOPHER PRINE
CLERK

No. 01-15-0189-CR

IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/29/2015 10:23:21 AM
CHRISTOPHER A. PRINE
Clerk

JASON RAMJATTANSINGH, Appellant,

VS.

THE STATE OF TEXAS, Appellee.

*On Appeal from Harris County Criminal Court at Law No. 8
Trial Court No. 2019635*

APPEARANCE OF COUNSEL

*TO THE JUSTICES OF THE FIRST COURT OF APPEALS:*

BRIAN W. WICE hereby enters his appearance as Counsel for the

Appellant, with the approval of Appellant, JASON RAMJATTANSINGH.

RESPECTFULLY SUBMITTED,

_____
BRIAN W. WICE

The Lyric Centre
440 Louisiana  Suite 900
Houston, Texas 77002-1635
(713) 524-9922 PHONE
(713) 236-7768 FAX
TBA NO. 21417800
**COUNSEL FOR APPELLANT**

_____
JASON RAMJATTANSINGH

## CERTIFICATE OF SERVICE

Pursuant to TEX.R.APP.P. 9.5(d), this document was served on opposing counsel, the Appellate Section of the Harris County District Attorney, 1201 Franklin, Houston, Texas, 77002, by e-filing on December 29, 2015.

_____
BRIAN W. WICE